NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**CELLWITCH INC.,**
*Appellant*

**v.**

**TILE, INC.,**
*Cross-Appellant*

_____

2021-1982, 2021-2050

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00317.

_____

**JUDGMENT**

_____

PAUL MICHAEL SCHOENHARD, Fried, Frank, Harris, Shriver & Jacobson LLP, Washington, DC, argued for appellant.  Also represented by NICOLE M. JANTZI, KRISTIN M. WHIDBY.

SARAH J. GUSKE, Baker Botts LLP, San Francisco, CA, argued for cross-appellant.  Also represented by LAUREN J. DREYER, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court